Trustee Name, Address, Phone, Fax, Email:

Howard M. S. Hu
Chapter 13 Trustee
1132 Bishop Street, 301
Honolulu, HI 96813
Telephone: (808) 526-3083
Fax: (808) 531-8844
Email: CHAPT13HI@AOL.COM

For court use only

**FILED**
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2011 MAY -2 P 2:25

MICHAEL B. DOWLING
CLERK OF COURT

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII**

Case No.: **09-00441**

In re:

**RYAN ANDREW THOMPSON**

Chapter: 13

Debtor(s).

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011: $ 30.71
This payment represents funds remaining unpaid on the claims(s) listed below.

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| 002 | NTL RECOVERY<br>14735 HIGHWAY 65 N E<br>HAM LAKE, MN 55304 | $ 217.45 | $ 30.71 |
|  |  | $ | $ |
|  |  | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: May 2, 2011

/s/ _____
Trustee

hib_3011    5/05